plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*J. N. Hammond* for appellant.

*William A. Sutherland* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.

---

CLARENCE T. BIRKETT, Respondent, *v.* THE POSTAL TELEGRAPH-CABLE COMPANY, Appellant.

*Birkett* v. *Postal Telegraph-Cable Co.*, 107 App. Div. 115, affirmed.
(Argued November 16, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 28, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover the amount of alleged overcharges collected from the plaintiff by an agent of defendant and applied by said agent to his own use.

*J. N. Hammond* for appellant.

*Calvin J. Huson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.

---

HORACE P. STARKWEATHER, Respondent, *v.* CHARLES SUNDSTROM et al., Appellants.

*Starkweather* v. *Sundstrom*, 108 App. Div. 356, affirmed,
(Argued November 16, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1905, affirming a judgment in favor of plain-

tiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Abram F. Servin* and *Thomas Watts* for appellants.

*A. D. Wales* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not voting: VANN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB MANNASOVITCH, Appellant.

*People* v. *Mannasovitch*, 115 App. Div. 892, affirmed.
(Argued November 19, 1906; decided December 4, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 19, 1906, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of attempt at rape in the second degree.

*Charles Goldzier* for appellant.

*William Travers Jerome*, District Attorney (*E. Crosby Kindleberger* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: WILLARD BARTLETT and HISCOCK, JJ.

---

BELDEN ROACH, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Roach* v. *City of New York*, 105 App. Div. 642, affirmed.
(Argued November 19, 1906; decided December 4, 1906.)

APPEAL from a judgment entered July 24, 1905, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory